POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movant James Bradbury*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE WENZEL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SEMICONDUCTOR MANUFACTURING INTERNATIONAL CORPORATION, ZIXUE ZHOU, HAIJUN ZHAO, and MONG SONG LIANG,<br><br>    Defendants. | Case No. 2:20-cv-11219-GW-AFM<br><br>NOTICE OF MOTION OF JAMES BRADBURY FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL<br><br>DATE: March 8, 2021<br>TIME:  8:30 a.m.<br>JUDGE: George H. Wu<br>CTRM:  9D, 9th Floor |
| BIN LI, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SEMICONDUCTOR MANUFACTURING INTERNATIONAL CORPORATION, ZIXUE ZHOU, HAIJUN ZHAO, and MONG SONG LIANG,<br><br>    Defendants. | Case No. 2:21-cv-00067-GW-AFM |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that James Bradbury ("Bradbury"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, for the entry of an Order:  (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Bradbury as Lead Plaintiff on behalf of persons or entities who purchased or otherwise acquired Semiconductor Manufacturing International Corporation securities between April 23, 2020 and September 26, 2020, inclusive (the "Class"); and (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, Bradbury submits a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Bradbury is aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly . . . the substance of the contemplated motion and any potential resolution."  Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is February 8, 2021, on which date any member of the putative class may so move.  *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i).

Bradbury will thus not know the identities of the other putative class members, if any, who intend to file competing Lead Plaintiff motions until February 9, 2021—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of Bradbury's motion papers impracticable. Under these circumstances, Bradbury respectfully requests that compliance with Local Civil Rule 7-3 be waived in this instance.

Dated: February 8, 2021

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movant James Bradbury and Proposed Lead Counsel for the Class*

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Movant James Bradbury*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                 */s/ Jennifer Pafiti*
                                                 Jennifer Pafiti