JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 20-11219-GW-AFMx**<br>CV 21-0067-GW-AFMx | Date | June 9, 2022 |
|---|---|---|---|
| Title | *Lee Wenzel v. Semiconductor Manufacturing International Corporation, et al.*<br>*Bin Li v. Semiconductor Manufacturing International Corporation, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

None Present                              None Present

**PROCEEDINGS:** IN CHAMBERS - FINAL RULING ON DEFENDANT SEMICONDUCTOR MANUFACTURING INTERNATIONAL CORPORATION'S MOTION TO DISMISS SECOND CONSOLIDATED AMENDED COMPLAINT [55]

Defendant's Motion to Dismiss the Second Consolidated Amended Complaint came on for hearing on June 9, 2022. On June 7, 2022, a tentative ruling on said motion was sent to the parties. *See* ECF No. 59. After considering the oral arguments of counsel at today's hearing as well as the motion and opposition papers plus the other submissions, the Court adopts its tentative ruling as its final decision on the motion. The motion to dismiss is granted without leave to amend.

Initials of Preparer   JG